

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DOLPHIN TECHNICAL INSTITUTES, INC., d/b/a DOLPHIN TECHNICAL INSTITUTE, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 1:05-CV-342<br>JURY |
| THE NATIONAL ACCREDITING COMMISSION OF COSMETOLOGY ARTS & SCIENCES, | § § § § § | |
| *Defendants*. | § | |

## ORDER ON PRELIMINARY INJUNCTION AND SETTLEMENT AND RELEASE AGREEMENT

Before the Court are Plaintiff's *Request for Preliminary Injunction* filed May 12, 2005 [Doc. #2] and the joint *Settlement and Release Agreement* filed July 6, 2005 [Doc. #17].

On June 3, 2005, the Court held a hearing on Plaintiff's *Request for Preliminary Injunction*. After considering the evidence presented, the arguments of counsel, and the joint *Settlement and Release Agreement*, the Court is of the opinion that the preliminary injunction should be granted until October 31, 2005, and that the terms and conditions of the settlement agreement should be incorporated into this order.

**IT IS THEREFORE ORDERED** that Plaintiff's *Request for Preliminary Injunction* [Doc. #2] is **GRANTED** until October 31, 2005, at which time the preliminary injunction will be automatically dismissed.

**(Cont.)**

**IT IS FURTHER ORDERED** that the terms and conditions of the *Settlement and Release Agreement* [Doc. #17] entered into between the parties on July 5, 2005, are hereby incorporated into this order.

**SO ORDERED.**

**SIGNED** this the **12** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge